UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:26-CR-56-TAV-DCP |
| | ) | |
| KEVIN STEFAN SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on Defendant Kevin Stefan Smith's Motion to Continue Trial and All Other Deadlines [Doc. 24], filed on October 16, 2026.

Defendant asks to continue the October 27, 2026, trial date [*Id.* at 1]. As grounds, Defendant states defense counsel was recently substituted on October 13, 2026, and at the hearing, the Court tentatively granted the Defendant's oral motion to continue trial [*Id.* ¶ 1].[1] Defendant also requests additional time for his new counsel to become familiar with the extensive evidence presented in this case [*Id.* ¶ 2]. Based on the extensive evidence, Defendant's counsel needs additional time to prepare for trial [*Id.* at ¶ 3]. Defendant understands that the time between the filing of his motion and the new trial date is fully excludable [*Id.* ¶ 4]. The motion relates that the Government does not oppose the requested continuance [*Id.* ¶ 5].

---

[1] In reviewing the schedule at the October 13, 2026 hearing, Defendant's counsel made an oral motion to continue the trial, which the Government did not oppose, and the Court directed that he file a motion so that a new schedule could be coordinated with counsel.

Based upon the information in Defendant's motion, which the Government does not oppose, the Court finds the ends of justice served by granting a continuance outweighs the interests of Defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). In making this determination, the Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B). Specifically, the Court concludes that failing to grant a continuance would both result in a miscarriage of justice and deny counsel for Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). Defense counsel needs more time to review the extensive discovery in this case and otherwise prepare for trial. *See id.* § 3161(h)(7)(B)(iv). The Court finds that all of this cannot occur before the October 27, 2026, trial date.

The Court therefore **GRANTS** Defendant's Motion to Continue Trial and All Other Deadlines [**Doc. 24**]. The trial of this case is reset to **February 16, 2027**. A new trial schedule is included below. Because the Court finds that the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial, all time between the filing of the motion on October 16, 2026, and the new trial date is fully excludable under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A)–(B).

Accordingly, the Court **ORDERS** as follows:

(1) Defendant Smith's Motion to Continue Trial and All Other Deadlines [**Doc. 24**] is **GRANTED**;

(2) the trial of this matter is reset to commence on **February 16, 2027, at 9:00 a.m.**, before the Honorable Thomas A. Varlan, United States District Judge;

(3) all time between the filing of the motion on **October 16, 2026**, and the new trial date of **February 16, 2027**, is fully excludable under the Speedy Trial Act for the reasons set forth herein;

(4) the deadline for filing a plea agreement in the record and providing reciprocal discovery is **January 15, 2027**;

(5) the deadline for filing motions *in limine* is **February 1, 2027**, and responses to motions *in limine* are due on or before **February 9, 2027**;

(6) the parties are to appear before the undersigned for a final pretrial conference on **February 2, 2027, at 1:00 p.m.**; and

(7) requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **February 5, 2027**.

**IT IS SO ORDERED.**

ENTER:

Debra C. Poplin

Debra C. Poplin
United States Magistrate Judge